IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| Clayton Edwin Leonard, and | ) | CASE NO.  12-79015-JRS |
| Laureen Ann Lesniak | ) | |
| | ) | |
| Debtor(s) | ) | |

## MOTION TO SUSPEND PLAN PAYMENTS

COMES NOW, Clayton Leonard and Laureen Lesniak ("DEBTORS"), by and through counsel, and respectfully moves the Court to suspend their Chapter 13 plan payments for April, May, and June 2014 and shows this Court as follows:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This case was commenced on November 20, 2012 by the filing of a petition for relief under Chapter 13 of the Bankruptcy Code.

4.

Subsequent to the filing of the instant case the Debtors' plan payments were current.

5.

Since the filing of the case, Debtors' financial condition and ability to maintain their trustee payments has been compromised as a result of some unexpected medical conditions and inclement weather.

6.

The Debtors' income has been temporarily reduced as a result of being forced to work fewer hours over the past couple of months. The reduction of hours and income has caused the Debtors to fail to meet their financial obligations.

7.

Debtors' pray for a suspension of plan payments in order to catch up on their financial obligations. More specifically, Debtors need to make past-due mortgage payments and utility payments that they were unable to make due to the decreased income and the active Employer Deduction Order.

8.

The Debtors expect to be able to resume regular monthly payments to the Chapter 13 Trustee in June 2014 and Debtors' Chapter 13 will still be fully funded within the applicable commitment period. Thus, the relief sought by the Debtors will cause no harm

to any creditors.

WHEREFORE, Debtors pray that their motion be granted and the Court enter an Order Suspending the Debtors' plan payments for April, May, and June of 2014.

Respectfully submitted, this 26 February 2014.

_____/s/_____
Jason Khano, Attorney for Debtors
Ga Bar No. 931962
Khano & Associates, LLC
58 S. Park Sq. NE, Suite N
Marietta, GA 30060
404-522-6031
404-522-6034 (fax)
Jason@KhanoLaw.com

CERTIFICATE OF SERVICE

I certify that I have furnished a true copy of the within and foregoing MOTION TO SUSPEND PLAN PAYMENTS to the Chapter 13 Trustee Adam M Goodman, Suite 200, 260 Peachtree Street, Atlanta, Ga. 30303 and to all of the creditors hereby attached in the creditor matrix by depositing same in the U.S. Mail with sufficient postage thereto affixed to insure delivery.

This 26 February 2014.

_____/s_____
Jason Khano
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:                                                              )          CHAPTER 13
                                                                    )
Clayton Edwin Leonard, and                                          )          CASE NO.  12-79015-JRS
Laureen Ann Lesniak                                                 )
                        Debtor(s)                                   )

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Debtors have filed a Motion to Suspend Plan Payments and related papers with the Court seeking an Order suspending plan payments for the months of April, May, and June of 2014.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Excuse Chapter 13 payments in Courtroom 1404, United States Courthouse, 75 Spring Street, SW, Atlanta, GA at 2:00 PM on March 27, 2014.

Your rights may be affected by the Court's ruling on these pleadings.  You should read these pleadings carefully and discus them with your attorney, if you have on in the bankruptcy case. (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings of if you want the court to consider your view, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate of service stating when, how and on whom (including address) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk, US Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia  30303.  You must also mail a copy of your response to the undersigned at the address below.

DATED THIS 26 February 2014.         _____/s/_____
                                     Jason Khano, Attorney for Debtors
                                     Ga Bar No. 931962
                                     Khano & Associates, LLC
                                     58 S. Park Sq. NE, Suite N
                                     Marietta, GA 30060
                                     404-522-6031

```
Label Matrix for local noticing        1st Franklin                           1st Franklin Financial Corp
113E-1                                 Pob 383                                138 West Athens St. Ste F
Case 12-79015-jrs                      Winder, GA 30680-0383                  PO Box 383
Northern District of Georgia                                                  Winder, GA 30680-0383
Atlanta
Wed Feb 26 10:07:30 EST 2014

American Express                       American Express Bank, FSB             American InfoSource LP as agent for
American Express Special Research      c o Becket and Lee LLP                 Gwinnett Hospital System
Po Box 981540                          POB 3001                               PO Box 248838
El Paso, TX 79998-1540                 Malvern, PA 19355-0701                 Oklahoma City, OK  73124-8838


(p)BANK OF AMERICA                     (p)BB AND T                            Branch B&t
PO BOX 982238                          PO BOX 1847                            Po Box 2306
EL PASO TX 79998-2238                  WILSON NC 27894-1847                   Wilson, NC 27894-2306



CHESWOLD (OPHRYS), LLC                 Cap1/bstby                             Capital One, N.A.
C O WEINSTEIN AND RILEY, PS            Po Box 5253                            Bass & Associates, P.C.
2001 WESTERN AVENUE, STE 400           Carol Stream, IL 60197-5253            3936 E. Ft. Lowell Road, Suite #200
SEATTLE, WA 98121-3132                                                        Tucson, AZ 85712-1083


Capital One, N.A.                      Chase                                  Chase Manhattan Mortgage
c o Becket and Lee LLP                 201 N. Walnut St//De1-1027             Attn; Bankruptcy Dept
POB 3001                               Wilmington, DE 19801-2920              3415 Vision Dr. Mail Code: Oh4-7133
Malvern, PA 19355-0701                                                        Columbus, OH 43219-6009


Chase Mht Bk                           (p)CITIBANK                            Department Stores National Bank/Bloomingdale
Attention: Bankruptcy                  PO BOX 790034                          Bankruptcy Processing
Po Box 15298                           ST LOUIS MO 63179-0034                 Po Box 8053
Wilmington, DE 19850-5298                                                     Mason, OH 45040-8053


Department Stores National Bank/Macys  Dsnb Bloom                             Dsnb Macys
Bankruptcy Processing                  Macy's Bankruptcy Dept.                9111 Duke Blvd
Po Box 8053                            9111 Duke Blvd.                        Mason, OH 45040-8999
Mason, OH 45040-8053                   Mason, OH 45040-8999


Freedom Road Financial                 FreedomRoad Financial c/o CRG-20016    GE Capital Retail Bank
10605 Double R Blvd Ste                PO Box 29426                           c/o Recovery Management Systems Corp
Reno, NV 89521-8920                    Phoenix, AZ 85038-9426                 25 SE 2nd Ave Suite 1120
                                                                              Miami FL 33131-1605


Gemb/JC Penny                          Georgia Department of Revenue          Adam M. Goodman
Attention:  Bankruptcy                 1800 Century Center Blvd, N.E.         Adam M. Goodman, 13 Trustee
Po Box 103104                          Atlanta, GA 30345                      Suite 200
Roswell, GA 30076-9104                                                        260 Peachtree Street
                                                                              Atlanta, GA 30303-1236


Internal Revenue Service               JPMorgan Chase Bank, N. A.             JPMorgan Chase Bank, National Association
401 West Peachtree St., N.W.           Attn: Correspondence Mail              3415 Vision Drive
Stop 334-D                             Mail Code LA4-5555                     Columbus, OH 43219-6009
Atlanta, GA 30308-8176                 700 Kansas Lane
                                       Monroe, LA 71203-4774
```

| | | |
|---|---|---|
| Jason G. Khano<br>Khano & Associates, LLC<br>58 South Park Square<br>STE N<br>Marietta, GA 30060-1998 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | Paula H. Lee<br>Macey Bankruptcy Law<br>South Tower, Suite 1625<br>225 Peachtree Street, NE<br>Atlanta, GA 30303-1701 |
| Clayton Edwin Leonard<br>1833 Crossvale Dr.<br>Dacula, GA 30019-4699 | Laureen Ann Lesniak<br>1833 Crossvale Dr.<br>Dacula, GA 30019-4699 | Ronald A. Levine<br>Levine, Block & Strickland, LLP<br>Suite 240 - Centrum at Glenridge<br>780 Johnson Ferry Road<br>Atlanta, GA 30342-1434 |
| (p)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 | Nordstrom FSB<br>Attention: Bankruptcy Department<br>Po Box 6566<br>Englewood, CO 80155-6566 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155-6566 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>Attention: Recovery Department<br>4161 Peidmont Pkwy.<br>Greensboro, NC 27410 | Bb&t<br>Po Box 1847<br>Wilson, NC 27894 | Citibank Sd, Na<br>Citi Corp Credit Services/Attention: Cen<br>Po Box 20363<br>Kansas City, MO 64195 |
| (d)Citibank Usa<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20363<br>Kansas City, MO 64195 | Nissn Inf Lt<br>Attn: Bankruptcy<br>8900 Freeport Parkway<br>Irving, TX 75063 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Adam M. Goodman<br>Adam M. Goodman, 13 Trustee<br>Suite 200<br>260 Peachtree Street<br>Atlanta, GA 30303-1236 | (u)Nissan-Infiniti LT, | End of Label Matrix<br>Mailable recipients    40<br>Bypassed recipients    2<br>Total                  42 |